UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GOODYKOONTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16- 00668 (KBJ) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## OFFER OF JUDGMENT

On this 11th day of October, 2016, the District of Columbia submits this Offer of Judgment to Plaintiff John Goodykoontz, pursuant to Rule 68 of the Federal Rule of Civil Procedure (Offer).

1. The District of Columbia will pay plaintiff the amount of $201,000.00 (Two Hundred and One Thousand Dollars) (Offer Amount). This Offer Amount includes all reasonable attorney's fees and costs incurred as of the date of the Offer that are specifically attributable to plaintiff's claims under 43 U.S.C. § 1988. No fees or costs incurred after the date of this Offer, including any attorney's fees or costs incurred in connection with any petition filed with the Court pursuant to 42 U.S.C. § 1988, shall be recoverable under this Offer.

2. Acceptance of this Offer by plaintiff shall be in resolution and full satisfaction of all claims or rights that plaintiff may have to damages, or any other form of relief, arising out of any alleged acts or omissions of the District of Columbia or the United States, and any of their officials, officers, employees, contractors and agents, that have been, could have been, or could be brought at any time or in the future in any state or federal court or administrative forum by plaintiff under any theory of liability arising out of the facts or circumstances that are the subject of this action against the District of Columbia, expressly and specifically including, but not limited to, claims for all

compensatory damages, injunctive relief, and all reasonable attorney's fees and costs incurred in prosecuting this action against the District of Columbia through the date of this Offer. Further, by accepting this Offer, plaintiff agrees to hold the District of Columbia, and all current and former District of Columbia officials, officers, employees, contractors and agents, and the United States and current and former officers, employees, contractors and agents, harmless from any claims that have been, could have been, or could be brought against them under any theory of liability in any court or forum by any other person or entity in this matter.

3. The District of Columbia denies any culpability or liability for any claim asserted by plaintiff in this action. Entry of Judgment based on this Offer shall have no collateral estoppel or *res judicata* effect whatsoever regarding the District of Columbia, and all officials, officers, employees, and agents, or otherwise preclude the District of Columbia and all officials, officers, employees, and agents from asserting any defense in this or any other action against it in the future.

4. This Offer will remain open for the time permitted by Rule 68 of the Federal Rules of Civil Procedure. This Offer may be accepted by plaintiff only by filing a signed and dated copy of this Offer. If accepted, plaintiff and his attorneys further agree to promptly complete and execute all releases and such other concluding paperwork commonly required in settlements with the District of Columbia to facilitate payment under this Offer.

This Offer is made on October 11, 2016, more than ten days before the date for trial in this matter, as required by Rule 68.

**DATE: October 11, 2016.**                Respectfully submitted,

                                           KARL A. RACINE
                                           Attorney General for the District of Columbia

                                           GEORGE C. VALENTINE
                                           Deputy Attorney General

2

Civil Litigation Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ William F. Causey
WILLIAM F. CAUSEY (#260661)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6610
Email: william.causey@dc.gov

/s/ Robert Rich
ROBERT RICH (#1016908)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6591
Email: robert.rich@dc.gov

*Counsel for Defendant District of Columbia*

SEEN, READ, AND ACCEPTED BY

_____
John Goodykoontz

Dated: 10/21/16